Fee Paid

1   Justin Fok, Esq., CA Bar No. 242272
    Law Offices of Jean D. Chen
2   2107 N. First Street, Suite 400
3   San Jose, CA 95131
    Telephone: (408) 437-1788
4   Facsimile: (408) 437-9788
    Email: jfok@jclawoffice.com
5
6   Attorney for Plaintiff
    Dejia Wang
7

ADR

E-FILING

FILE COPY

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                      COMPLAINT

11

12  Dejia Wang                          ) Case No. C08   00770   JF

13              Plaintiff,              )
                                        )
14          v.                          )
                                        )   PLAINTIFF'S ORIGINAL COMPLAINT
15  Michael Chertoff, Secretary of the  )   FOR WRIT IN THE NATURE OF
    Department of Homeland Security,    )   MANDAMUS & DECLARATORY
16  Emilio T. Gonzalez, Director of United States )  JUDGMENT UNDER 28 U.S.C. § 1361
17  Citizenship and Immigration Services, )
                                        )   Immigration Case
18                                      )
              Defendants.               )
19                                      )
                                        )
20  _____)

21

22          Plaintiff, Dejia Wang, by and through his attorney of record, opens this lawsuit against

23  the Defendants and will show this Court the following:

24  1.      Plaintiff brings this case to compel action on the delayed processing of his I-485,

25  *Application to Register Permanent Residence or Adjust Status.*   This application remains within

26  the jurisdiction of the Defendants who have improperly delayed and withheld action on this

27  application to Plaintiff's detriment.

28

    Case No.                            1
    Complaint

**PARTIES**

2.     Plaintiff Dejia Wang is a resident of Santa Clara, CA, which is within the jurisdiction of this Court.  He is the primary applicant of the I-485 application, which is based on his approved I-140, *Immigrant Petition for Alien Worker*.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act (INA) and its related regulations, which provide for the processing of I-485 immigrant petitions.

4.     Defendant Emilio T. Gonzalez is the Director of the USCIS, an agency within DHS, and this action is brought against him in his official capacity.  Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including I-485 immigrant petitions.

**JURISDICTION**

5.     Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.     Venue is proper in this honorable Court, pursuant to 28 U.S.C. § 1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.     This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.     Plaintiff has exhausted his administrative remedies.  Plaintiff has supplied the USCIS with documents that clearly establish his eligibility to register as a permanent resident.  As will be demonstrated by the evidence, Plaintiff has followed up with numerous inquiries and requests

1  to the pertinent administrative agencies attempting to expedite his delayed case.

2                                    **CAUSE OF ACTION**

3  9.      Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust*

4  *Status*, with the USCIS based on his approved I-140 petition (**EXHIBIT 1**). The I-485

5  application, all supporting documentation, and the $385 filing fee were received by the

6  California Service Center (CSC) on September 29, 2005 (**EXHIBIT 1**).

7  10.     Plaintiff submitted his fingerprints at the USCIS San Francisco Application Support

8  Center on October 22, 2005 (**EXHIBIT 2**).

9  11.     Plaintiff's I-485 application was transferred to Texas Service Center in March 2006

10  (**EXHIBIT 3**). On May 12, 2006, the application was transferred to the INS San Francisco

11  Office (**EXHIBIT 3**).

12  12.     On August 8, 2006, Plaintiff appeared at the USCIS San Francisco Office for an

13  interview. Plaintiff passed the interview, but was informed that his application was not yet ready

14  for a decision because the Security Clearance was still pending (**EXHIBIT 4**).

15  13.     In the letter dated October 17, 2006, in response to Plaintiff's FOIPA request, David M.

16  Hardy, Section Chief of Record/Information Dissemination Section of Records Management

17  Division of the FBI, informed Plaintiff that no records responsive to his FOIPA request had been

18  located by a search of the automated indices (**EXHIBIT 5**).

19  14.     On November 8, 2006, Plaintiff contacted the USCIS regarding stalled I-485. In the

20  response dated December 18, 2006, Plaintiff was informed that his I-485 had been relocated and

21  was pending with the San Francisco District Office (**EXHIBIT 6**).

22  15.     On November 24, 2006, Plaintiff wrote to Senator Barbara Boxer to request assistance

23  with his stalled I-485. On March 29, 2007, Senator Boxer replied and forwarded the response

24  dated the same day from Michael A. Cannon, Section Chief of National Name Check Program

25  Section of Records Management Division of the FBI. In the response, Mr. Cannon stated that

26  Plaintiff's Name Check was still in pending status (**EXHIBIT 7**).

27  16.     On February 23, 2007, Plaintiff contacted the USCIS, inquiring as to his stalled I-485. In

28  the response dated June 11, 2007, Plaintiff was informed that his case was not yet ready for a

1    decision because the Name Check remained open **(EXHIBIT 8).**

2    17.    On March 5, 2007, Plaintiff contacted the USCIS, inquiring as to his stalled I-485. In a

3    response dated April 6, 2007, Plaintiff was informed that his case was delayed, as the required

4    background investigation remained open **(EXHIBIT 9).**

5    18.    In a notice dated October 9, 2007, Plaintiff was informed that his Name Check was still

6    pending **(EXHIBIT 10).**

7    19.    On October 12, 2007, Plaintiff contacted the USCIS, inquiring as to his stalled I-485. In

8    the response dated November 14, 2007, Plaintiff was informed that his case was not yet ready for

9    decision, as the required background investigation remained open **(EXHIBIT 11).**

10    20.    The Defendants' actions have gone well beyond the expected 7 months processing time

11    for the adjudication of an employment-based I-485 application (See San Francisco District

12    Office processing dates posted on December 14, 2007) **(EXHIBIT 12).**

13    21.    It has been over two years since Plaintiff submitted his I-485 case with the USCIS on

14    September 29, 2005.

15    22.    Defendants have failed to adhere to their own processing times and procedures.

16    23.    Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication

17    of his I-485 application.

18    24.    On October 15, 2005, Defendants requested that the FBI conduct a name check for

19    Plaintiff's I-485 case.

20    25.    But for the pending name check, Plaintiff would receive approval for his I-485

21    application.

22    26.    Because of the delay in the processing of Plaintiff's I-485 application, he has been unable

23    to obtain legal permanent residence and thus cannot travel or work without restriction. He must

24    spend additional time and pay additional filing fees each year in order to work and travel legally.

25    27.    Plaintiff is also unable to accrue time to be eligible for naturalization as a citizen of the

26    United States, thus delaying his obtainment of the rights and privileges enjoyed by citizens of the

27    United States.

28    28.    Plaintiff must also wait to make major life decisions until his legal permanent residence

Case No.                        4
Complaint

1  | petition is resolved, thus causing him undue stress and anxiety.

2  | 29.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

3  | Plaintiff's I-485, a duty delegated to them by law.

4  | 30.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

5  | unlawfully withholding action on Plaintiff's cases, and have unreasonably delayed action on

6  | Plaintiff's cases.

7  | 31.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

8  | unlawfully delaying action on Plaintiff's cases and have failed to complete the adjudicative

9  | functions delegated to them by law within a reasonable time.

10 | **PRAYER**

11 | 32.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

12 | respectfully prays that the Defendants be cited to appear and that, upon due consideration, the

13 | Court enter an order:

14 |         (a) requiring the USCIS to complete adjudication of Plaintiff's I-485 Application within

15 |              60 days of receiving the Court's Order;

16 |         (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

17 |         (c) granting such other relief at law and in equity as justice may require.

18 |

19 | Dated: January 31, 2008                                    Respectfully Submitted,

20 |

21 |

22 |                                                          Justin Fok, CA Bar No. 242272

23 |                                                          Attorney for Plaintiff

Case No.                                    5
Complaint

1                                    **EXHIBIT LIST**

2

3    Exhibit 1:     Plaintiff's I-140 approval and I-485 receipt notice

4    Exhibit 2:     Plaintiff's fingerprint notice with biometrics processing stamp dated October 22,

5                          2005

6    Exhibit 3:     Transfer notices dated March 23, 2006 and May 12, 2006

7    Exhibit 4:     Plaintiff's interview notice and the result of the interview dated August 8, 2006

8    Exhibit 5:     FOIPA request response dated October 17, 2006

9    Exhibit 6:     Inquiry response from the USCIS dated December 18, 2006

10   Exhibit 7:     Correspondence among Plaintiff, Senator Boxer, and the FBI

11   Exhibit 8:     Inquiry response from the USCIS dated June 11, 2007

12   Exhibit 9:     Inquiry response from the USCIS dated April 6, 2007

13   Exhibit 10:   Notice from the USCIS dated October 9, 2007

14   Exhibit 11:   Inquiry response from the USCIS dated November 14, 2007

15   Exhibit 12:   Processing dates of the USCIS San Francisco Office posted December 14, 2007

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                       6
Complaint

# Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Serv.

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-06-004-50243 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>October 5, 2005 | PRIORITY DATE<br>December 19, 2001 | PETITIONER<br>SIEBEL SYSTEMS INC |
| NOTICE DATE<br>May 12, 2006 | PAGE<br>1 of 1 | BENEFICIARY A099 057 516<br>WANG, DEJIA |

IRA BURKEMPER
FRAGOMEN DEL REY B
RE: SIEBEL SYSTEMS INC
18401 VON KARMAN AVE STE 255
IRVINE CA 92612

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg,or
          of Exceptn'l Ability
          Sec.203 (b) (2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form
I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with
appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be
obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which
consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to
that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



# UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 | APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|---|
| WAC-06-004-50152 | | RESIDENT STATUS | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A99 057 516 | |
| September 29, 2005 | | WANG, DEJIA | | |
| NOTICE DATE | PAGE | | | |
| October 5, 2005 | 1 of 1 | | | |

IRA BURKEMPER
FRAGOMEN DEL REY BERNSEN & LOEWY L
RE: DEJIA WANG
18401 VON KARMAN AVE STE 255
IRVINE CA 92612

Notice Type:  Receipt Notice

Amount received: $  385.00

Section: Other basis for adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
Biometrics - (fingerprint, photo, signature)
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment.  For hearing impaired, TDD assistance call 1.800.767.1833.  It is important that you schedule your appointment. We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state - issued photo identification card.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| SRC-06-183-52085 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 22, 2006 | | ORACLE USA INC |

| NOTICE DATE | PAGE | BENEFICIARY A099 057 516 |
|---|---|---|
| May 25, 2006 | 1 of 1 | WANG, DEJIA |

ANDREAS GERLING
BERRY APPLEMAN & LEIDEN LLP
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

Notice Type: Receipt Notice

Amount received: $ 195.00
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.C. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

# Case Status Search

Receipt Number:    SRC0618352085

Application Type:    I140, IMMIGRANT PETITION FOR ALIEN WORKER

Current Status:
Approval notice sent.

On July 11, 2006, we mailed you a notice that we have approved this I140 IMMIGRANT
PETITION FOR ALIEN WORKER. Please follow any instructions on the notice. If you move
before you receive the notice, call customer service.

---

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

# Exhibit 2

THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | | NOTICE DATE |
|---|---|---|
| | | 10/07/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | A099057516 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0600450152 | 3 | WSC | 1 of 1 |

DEJIA WANG

SAN MATEO, CA 94403

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:  XTD
BIOMETRICS QA REVIEW BY:
_____ ON  OCT 22 2005
TENPRINTS QA REVIEW BY:
_____ ON  OCT 22 2005

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO | 10/22/2005 |
| 250 BROADWAY STREET | 2:00 PM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

APPLICATION NUMBER:
I485   -   WAC0600450152

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Exhibit 3

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-06-004-50152 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE**<br>October 5, 2005 | **PRIORITY DATE** | **APPLICANT** A99 057 516<br>WANG, DEJIA |
| **NOTICE DATE**<br>March 23, 2006 | **PAGE**<br>1 of 1 | |

DEJIA WANG

SAN MATEO CA 94403

**Notice Type:    Transfer Notice**

This is to notify you that we have transferred the above application or petition to the INS office at:

Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

Telephone: (214) 381-1423

We transferred this case because the record indicates that office has jurisdiction over the case.  That office will notify you of subsequent action taken on this case.  Any further inquiries should be made to that office.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-06-004-50152 | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT   A99 057 516 |
| October 5, 2005 | | WANG, DEJIA |
| NOTICE DATE | PAGE | |
| May 12, 2006 | 1 of 1 | |

DEJIA WANG

SAN MATEO CA 94403

**Notice Type:**   Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

444 Washington Street, San Francisco, CA 94111

Telephone: (800) 375-5283

That office will notify you when they schedule an interview on the application or petition.  Any further inquiries should be made to that office.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Exhibit 4



*U.S. Department of Homeland Security*
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Service**

FDBL
18401 Von Karman Ave. #255
Irvine, CA 92612

Refer to File Number:
A99057516
July 5, 2006

RE:    Wang, Dejia

| Office Location | 630 Sansome Street,    Room 255   (Second Floor) San Francisco, California | | | |
|---|---|---|---|---|
| Date and Hour | August 8, 2006 | Tuesday | 8:00 AM | |
| Ask For | District Adjudications Officer | | Desk: | E33 |
| Reason For Appointment | Adjustment of status (I-485) interview<br>Your interview maybe videotaped | | | |
| Please Bring With You | Applicant must have a valid government-issued Identification (such as driver's license, passport, etc.) to enter the building.<br>Applicant need to bring this letter, all passports (current and expired), arrival record (Form I-94) and evidence that you maintained lawful status.  Copy of applicant's last 3 years tax return and W2.<br>Applicant's current job offer or current employment letter identifying position, duties and salary.<br>Certified court documents of your arrests in 10/1999 and 12/2000 in Madison. | | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT.** If you are unable to appear, please state and submit proof of the reasons why you are unable to appear for you interview, reschedule a new appointment will take up to 6 months.
Failure to appear or response to this letter will result in the denial of your application.

| I am unable to keep the appointment because: | |
|---|---|
| Signature | Date: |

David N. Still
District Director

cc:  Dejia Wang
     ▓▓▓▓▓▓▓▓▓▓▓
     San Mateo, CA 94403

Note: your spouse need to come with you.

Form G-56 (rev. 5-1-83)

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Dejia Wang
Yan Chi

A 99 057 516                                    E-11/E33
A 99 057 517

8/8/2006

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability ☐ Fingerprints ☒ Security Clearance(s) ☐ A-file(s) ☒ Further Review
☐ Documentation (listed below) Other:

### IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

You are advised that you are granted a period of ninety (90) days from the date of this letter to submit the requested documents. Please note that you may submit the documents at any time prior to that 90-day deadline. You may submit the documents in person by scheduling an Infopass appointment via the Internet at our web address http://infopass.uscis.gov/ or you may mail the documents to the following address:

Citizenship and Immigration Service
630 Sansome Street, AOS Unit
San Francisco, CA 94111

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc: FDBL

Exhibit 5

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 17, 2006

DEJIA WANG

SAN MATEO, CA  94403

Request No.:  1060527- 000
Subject: WANG, DEJIA

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

Exhibit 6



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship
and Immigration
Services**

Monday, December 18, 2006

DEJIA WANG



SAN MATEO CA 94403

Dear DEJIA WANG:

On 11/08/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/29/2005 |
| **Receipt #:** | WAC-06-004-50152 |
| **Beneficiary (if you filed for someone else):** | WANG, DEJIA |
| **Your USCIS Account Number (A-number):** | A099057516 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Your file has been relocated and is now pending with the San Francisco District Office. Please direct all further inquiries to the office indicated which now has jurisdiction over your case. You may visit our website at: http:www.Infopass.USCIS.gov to make an appointment with the district office.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Exhibit 7

Dr. Dejia Wang

████████████████

San Mateo, CA 94403
November 24, 2006

Senator Barbara Boxer
1700 Montgomery Street, Suite 240
San Francisco, CA 94111

Dear Senator Barbara Boxer:

I am writing this mail requesting your assistance in resolving my pending Security clearance with regards to my Adjustment of status petition with USCIS.

I am currently working as a Senior Architect at TrueDemand Software, Inc. I finished Ph.D. from University Of Wisconsin – Madison on May 21, 2000. I have been working in USA since that (University of Wisconsin – Madison from May 2000 to January 2001; Siebel Systems Inc. from January 2001 to January 2006; Oracle Corporation from February to June 2006 (Oracle acquires Siebel on February 1, 2006); TrueDemand Software Inc. from June 2006 to present). I am a citizen of China and my area of specialization is Computation Theory and Software Architecture.

Siebel Systems Inc. filed employment based immigration petition on my behalf in 2002 (Under category, EB2) with United States Citizenship and Immigration Services (USCIS) for permanent residency in the US. The application (I140 petition) was subsequently approved on May 12, 2006. My adjustment of status petition (I485) is still pending with USCIS, because of pending Security Check (background check) from the FBI.

My FOIPA request to Mr. David M. Hardy's office of FBI showed 'NO RECORDS in file'. I have never involved in any criminal/unlawful activities either in the USA or in China. Since my arrival in the USA on June 11, 1996, I have maintained my legal Status throughout. In spite of these facts, my security check has been pending at FBI since September, 2005.

I am worried that my adjustment of status petition will be in jeopardy, if there is an undue delay in FBI security clearance. This will adversely affect my employment with TrueDemand Software, Inc. In addition, since my wife cannot work till she gets the green card, this delay in processing is causing tremendous financial burden for my family. I have a son of age 4. Considering these, I humbly request your assistance in expediting the pending security clearance from FBI. I am herewith providing all the information with respect to my petition. I really appreciate your assistance in this matter. Please contact me at (510)████████ or e-mail ████████@gmail.com, if further information is required. Thanking you!

Sincerely,

Dejia Wang, Ph.D.

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

March 29, 2007

Dr. Dejia Wang

San Mateo, California 94403

Dear Dr. Wang:

Enclosed, please find the correspondence Constituent Representative Lucia Macias received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance. Thank you for allowing me to address your concerns.

Sincerely,

Barbara Boxer
United States Senator

BB: lcm

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

## Macias, Lucia (Boxer)

From:

Sent:    Thursday, March 29, 2007 2:50 AM

To:     Macias, Lucia (Boxer)

Subject: DEJIA WANG

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning DEJIA WANG revealed that a request was received from the United States Citizenship and Immigration Services on 10/15/2005, and is currently in a pending status.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,


Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

# Exhibit 8



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Monday, June 11, 2007

DEJIA WANG



SAN MATEO CA 94403

Dear DEJIA WANG:

On 02/23/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/29/2005 |
| **Receipt #:** | WAC-06-004-50152 |
| **Beneficiary (if you filed for someone else):** | WANG, DEJIA |
| **Your USCIS Account Number (A-number):** | A099057516 |
| **Type of service requested:** | Non-Delivery |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Exhibit 9

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, April 6, 2007

DEJIA WANG



SAN MATEO CA 94403

Dear DEJIA WANG:

On 03/05/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/29/2005 |
| **Receipt #:** | WAC-06-004-50152 |
| **Beneficiary (if you filed for someone else):** | WANG, DEJIA |
| **Your USCIS Account Number (A-number):** | A099057516 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

This case was transferred out to the USCIS Texas Service Center on March 23, 2006, for that office to complete the processing. Our records indicate that the Texas Service Center subsequently transferred your case out to the USCIS San Francisco office on May 11, 2006 for an interview. If you have not received the interview appointment from the San Francisco office and you would like to make an appointment with that office, visit our website at www.uscis.gov and follow the instructions for InfoPass.

The processing of your case is also delayed because your case is not yet ready for decision, as the required investigation into your background remains open. Until the background investigation is completed, the USCIS cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. The USCIS will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from the San Francisco office within 6 months of this letter, please contact them by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

# Exhibit 10

**U.S.   DEPARTMENT   OF   HOMELAND**

*U.S. CITIZENSHIP AN   IMIGRATION SERVICES*

*1887 Monterey Rd. San Jose, CA  95112*

**DATE:** October 9, 2007

**"A" FILE NUMBER:**  A99 057 516

NAME AZUCENA:     **DEJIA WANG**

SANTA CLARA, CA  95054

**Dear Applicant:**

**Your application for permanent resident status is pending for the reason(s) checked below:**

---

**INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days.  Inquiries may be submitted in one of the following manners:

| **WALK-IN OR DROP OFF INQUIRY:** | **OR** | **MAIL** |
|---|---|---|
| INFORMATION UNIT LOBBY | | Bureau of Citizenship & Immigration Services |
| 1887 Monterey Road, San Jose, CA | | ATTN: AOS INQUIRIES |
| SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM | | 1887 Monterey Road |
| Thurs. – 7:00 AM – 12:00 NOON | | San Jose, CA 95112 |

**NOTE: Please bring this notice with you if you come to the office.  Please include a copy of this notice with any correspondence.**

---

☑ A required background check has been initiated; however, a response is still pending for

☒ you   ☐ your spouse   ☐ your child(ren):_____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available.  Your category is:_____ Country of Chargeability:_____ Priority Date_____. *When a visa number is available, you should **MAIL** a copy of this notice to:  B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within **nine months** from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Your FBI Clearance has expired. Please follow the instructions for re-fingerprinting on the attached sheet. Please allow 60 days for receipt of your new FBI Clearance before initiating another inquiry with us.

☐ Please follow the instructions on Form I-72 that was provided to you at the time of your interview. You must submit all requested documents within 90 days.  Additional time may not be granted (see 8 CFR 103.2(b)(8)).

☐ Other: _____

SNJ/IIO _____

# Exhibit 11

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Wednesday, November 14, 2007

DEJIA WANG

SAN MATEO CA 94403

Dear DEJIA WANG:

On 10/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/29/2005 |
| **Receipt #:** | WAC-06-004-50152 |
| **Beneficiary (if you filed for someone else):** | WANG, DEJIA |
| **Your USCIS Account Number (A-number):** | A099057516 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Exhibit 12

☒ US Citizenship & Immigration
Services: Service Request
Management

- Home
- Contact Us
- Site Map
- FAQ

Search    ☒

- Advanced Search
Services & Benefits
- Immigration Forms
- Laws & Regulations
- About USCIS
- Education & Resources
- Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
**San Francisco CA Processing Dates**

### Posted December 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

#### District Office Processing Dates for **San Francisco CA** Posted December 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | September 16, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | June 18, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 16, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 16, 2007 |
| I-765 | Application for Employment Authorization | September 29, 2007 |
| N-400 | Application for Naturalization | May 19, 2007 |
| N-600 | Application for Certification of Citizenship | August 12, 2007 |

[ Print This Page ]   [ Back ]