# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Dejia Wang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

E-FILING

C08 00770 JF

Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

HRL

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 0 1 2008

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

ADR

Dejia Wang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 00770 JF

V.

E-FILING

Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

HRL

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 0 1 2008

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 02/27/2008 |
|---|---|
| Name of SERVER DE ZHANG | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipts

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $28.52 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/27/2008
*Date*

[signature]
*Signature of Server*

Law Offices of Jean D. Chen
2107 N. First St., Suite 400
San Jose, California 95131
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20536
OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.33 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.13 |

0002 Dejia Wang #16 Postmark Here 02/28/2008
Sent To: Emilio T. Gonzalez, Director
Street, Apt. No.; or PO Box No.: USCIS 425 I Street, NW
City, State, ZIP+4: Washington, DC 20536-0003
PS Form 3800, August 2006 See Reverse for Instructions
7007 3020 0003 0940 6098

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20528
OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 ~~$2.16~~ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 7.13 ~~$6.96~~ |

0002 Dejia Wang 16 Postmark Here 02/28/2008
Sent To: Michael Chertoff Secretary of the Department of Homeland Security
Street, Apt. No.; or PO Box No.: U.S. Dept. of Homeland Security
City, State, ZIP+4: Washington, DC 20528
PS Form 3800, August 2006 See Reverse for Instructions
7007 3020 0003 0940 6081

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20530
OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.33 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.13 |

0002 Dejia Wang #16 Postmark Here 02/28/2008
Sent To: Michael B. Mukasey United States Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530-0001
PS Form 3800, August 2006 See Reverse for Instructions
7007 3020 0003 0940 6074

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20528
OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.33 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.13 |

0002 Dejia Wang 16 Postmark Here 02/28/2008
Sent To: Office of the General Counsel
Street, Apt. No.; or PO Box No.: US Dept. of Homeland Security
City, State, ZIP+4: Washington, DC 20528
PS Form 3800, August 2006 See Reverse for Instructions
7007 3020 0003 0940 6111

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
SAN FRANCISCO CA 94102
OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.33 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.13 |

0002 Dejia Wang 16 Postmark Here 02/28/2008
Sent To: Attn: Civil Process Clerk
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave. 11th Floor
City, State, ZIP+4: San Francisco CA 94102
PS Form 3800, August 2006 See Reverse for Instructions
7007 3020 0003 0940 6104



**CERTIFCATE OF SERVICE**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 02/27/2008 I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re Pretrial Presentation; Contents of Joint Case Management Statement; Standing Order Regarding Case Management in Civil Cases.**

on the persons or entities named below, for the case Wang v. Chertoff, et al. (C08-00770 JF), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael B. Mukasey (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Civil Process Clerk (By certified mail with return receipt)
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Office of the General Counsel (By certified mail with return receipt)
U.S. Department of Homeland Security
Washington, DC 20528

Date of mailing: 02/27/2008 Place of mailing: San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this on 02/27/2008 at San Jose, California

DE ZHANG

Proof of Service: C08-00770 JF
Wang v. Chertoff, et al.

2