| | |
|---|---|
| 1 | Justin Fok, Esq., CSBN: 242272 |
| 2 | Law Offices of Jean D. Chen<br>2107 N. First Street, Suite 400 |
| 3 | San Jose, CA 95131<br>Telephone: (408) 437-1788 |
| 4 | Facsimile: (408) 437-9788 |
| 5 | Email: jfok@jclawoffice.com |
| 6 | Attorney for Plaintiff |
| 7 | Dejia Wang |

ORIGINAL FILED

08 FEB -1 PM 1:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

FILE COPY

ADR

E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C08 00770 JF HRL

Dejia Wang,

       Plaintiff,

v.

Michael Chertoff, Secretary of the
Department of Homeland Security,
Emilio T. Gonzalez, Director of United States
Citizenship and Immigration Services,

       Defendants.

Case No.

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Immigration Case

       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                         1
Certification of Interested Entities or Persons

1  Dated: 2/1/08                    Respectfully Submitted,
2
3                                   /s/ Justin Fok
4                                   Justin Fok, CSBN: 242272
                                    Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                              2
Certification of Interested Entities or Persons