Justin Fok, Esq., CA Bar No. 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Dejia Wang

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Dejia Wang** | Case No. C 08-00770 JF |
| Plaintiffs, | |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security, **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Immigration Case** |
| Defendants. | |

Plaintiff, by and through his attorney of record, voluntarily dismisses this action pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure.  The USCIS has approved Plaintiff's I-485, *Application to Adjust to Permanent Resident Status*, and this action is now moot.

///

///

Case No. C 08-00770 JF                    1
Notice of Voluntary Dismissal

1
2  Dated:  March 14, 2008                              /s/ Justin G. Fok
3                                                     Justin G. Fok, CA Bar: 242272
                                                      Law Offices of Jean D. Chen
4                                                     2107 N. First Street, Suite 400
                                                      San Jose, CA 95131
5                                                     Telephone: (408) 437-1788
                                                      Facsimile:  (408) 437-9788
6                                                     Email: jfok@jclawoffice.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 08-00770 JF                    2
Notice of Voluntary Dismissal